UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.   Criminal No. 2:25-cr-00004-NT

FRANCIS MEZAN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Distribution of Controlled Substance)

On about July 18, 2024, in the District of Maine, the defendant,

**FRANCIS MEZAN,**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and did aid and abet such conduct, in violation of Title 18, United States Code, Section 2.

### COUNT TWO
(Distribution of Controlled Substance)

On about August 7, 2024, in the District of Maine, the defendant,

**FRANCIS MEZAN,**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and did aid and abet such conduct, in violation of Title 18, United States Code, Section 2.

## COUNT THREE
(Distribution of Controlled Substance)

On about September 5, 2024, in the District of Maine, the defendant,

**FRANCIS MEZAN,**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and did aid and abet such conduct, in violation of Title 18, United States Code, Section 2.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

Date: 1/2/2025

_____
(Assistant) United States Attorney